Miss., for defendants in error. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The record in this case shows no reversible error. The judgment is affirmed.

---

UNITED STATES FIDELITY & GUARANTY CO. v. BLAKE. (Circuit Court of Appeals, Ninth Circuit. February 5, 1923. Rehearing Denied February 19, 1923.) No. 3891. In Error to the District Court of the United States for the District of Idaho, Southern Division; Frank S. Dietrich, Judge. Action at law by Grace Twiggs Blake against the United States Fidelity & Guaranty Company. Judgment for plaintiff, and defendant brings error. Affirmed. Jos. A. McCullough, of Baltimore, Md., and Chadwick, McMicken, Ramsey & Rupp, of Seattle, Wash., for plaintiff in error. Richard H. Johnson and Carey H. Nixon, both of Boise, Idaho, for defendant in error. Before GILBERT and HUNT, Circuit Judges, and WOLVERTON, District Judge.

GILBERT, Circuit Judge. By stipulation of the parties hereto, decision in this case was to conform to the decision rendered in case 3890, United States Fidelity & Guaranty Co. v. Robert S. Blake, 285 Fed. 449. The judgment of the court below is accordingly hereby affirmed.

---

VAN OPSTAL v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. January 20, 1923.) No. 3873. In Error to the District Court of the United States for the Western District of Louisiana; Geo. W. Jack, Judge. Louis Van Opstal was convicted of possessing property designed and intended for the manufacture of intoxicating liquors, manufacturing intoxicating liquors, and unlawfully having such liquors in his possession, and he brings error. Affirmed. John R. Hunter, of Alexandria, La. (John R. Hunter and Gus A. Voltz, both of Alexandria, La., on the brief), for plaintiff in error. Philip H. Mecom, U. S. Atty., and Aubrey M. Pyburn, Asst. U. S. Atty., both of Shreveport, La. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment is affirmed.

---

WHITEHEAD v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. January 16, 1923.) No. 3865. In Error to the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge. Alice N. Whitehead was convicted of selling intoxicating liquor, and she brings error. Affirmed. S. S. Sandford and John W. Bull, both of Tampa, Fla., for plaintiff in error. William M. Gober, U. S. Atty., Maynard Ramsey, Asst. U. S. Atty., and Harry W. Reinstine, Sp. Asst. U. S. Atty., all of Jacksonville, Fla. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment is affirmed.

---

In re THE WILCOX & WHITE CO. (Circuit Court of Appeals, Second Circuit. December 22, 1922.) No. 115. Petition to Revise and Appeal from the District Court of the United States for the Southern District of New York. In the matter of the Wilcox & White Company, alleged bankrupt. From orders confirming the report of a special master, and denying the application of the Horton Printing Company to set aside the order of adjudication, that company appeals, and brings a petition to revise. Affirmed. Leo Oppenheimer, of New York City (Samuel H. Kaufman and Milton P. Kupfer, both of New York City, of counsel), for trustee. Slade, Slade & Slade, of New York City, for Horton Printing Co. Before ROGERS, HOUGH and MAYER, Circuit Judges.

PER CURIAM. Orders affirmed.